IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ROY LEE,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:15-CV-3883-L** |
| § | |
| **DALLAS POLICE DEPT.,** § | |
| § | |
| Defendant. § | |

# ORDER

Before the court is Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. 19), filed April 11, 2016. On April 13, 2016, Magistrate Judge Paul D. Stickney entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court deny the motion. No objections to the Report were filed.

After reviewing the motion, pleadings, record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. 19).

The court **certifies** that the appeal of this action is not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. 24(a)(3). In support of this certification, the court **accepts and incorporates** by reference the Reports filed in this case by the magistrate judge. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). The court concludes that the appeal of this action presents no legal point of arguable merit and is, therefore, frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Plaintiff may challenge this certification by filing a separate motion to proceed

*in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. 24(a)(5).

    **It is so ordered** this 3rd day of May, 2016.

                                      Sam A. Lindsay  
                                      United States District Judge